■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP L. STEWART, Appellant.— Judgment unanimously reversed on the law and facts and a new trial granted. Same memorandum as in *People* v. *Stewart* (37 A D 2d 908) decided herewith. (Appeal from judgment of Monroe County Court convicting defendant of obstructing governmental administration and assault, second degree.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.